UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SHIRLEY DAVIS, LUBNA HAFEEZ
and MOHAMMED A. HAFEEZ, PAUL
ZULEWSKI and BRIAN SCHAFER,
MYLES SINCLAIR, JOHN R. SERATOS,
KELLY COLEMAN and FREDA
BATAYEH-KHALIFEH,

                Plaintiffs,

-v-                              Case No. 07-10100
                                 HON. MARIANNE BATTANI
CITY OF ECORSE, a Michigan
Municipal Corporation, and
DAVID JACOBS, Superintendent of
CITY OF ECORSE DEPARTMENT
of Public Works, and LARRY B.
SALISBURY, Individually and as
Mayor of the City of Ecorse,

                Defendants

_____/


**APPEARANCE
AS TO BRAIN SCHAFER ONLY**

The undersigned appears in the above-captioned matter

only as to the Complaint filed only by Brian Schafer.

                           Respectfully submitted,


                           <u>s/Michael J. Sharpe (P37633)</u>
                           Attorney for Defendants as to
                           Brian Schafer only
                           500 Griswold, Suite 1610
                           Detroit, MI 48226
                           (313) 961-3681


Dated: March 12, 2007